Case 1:11-cr-00287-PLM   ECF No. 10, PageID.16   Filed 10/06/11   Page 1 of 1

FILED - GR
October 6, 2011 4:51 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY __ot__/_____ SCANNED BY _____/_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>REED STANLEY BERRY,<br><br>      Defendant.<br>_____/ | No.<br><br>Hon.<br>United States District Judge<br><br>**INDICTMENT** |

1:11-cr-287
Robert Holmes Bell
U.S. District Judge

The Grand Jury charges:

(Assault with a Dangerous Weapon Against a Federal Officer)

On or about September 9, 2011, in Berrien County, in the Southern Division of the Western District of Michigan, the defendant,

REED STANLEY BERRY,

did intentionally use a deadly and dangerous weapon, to wit, an automobile, to forcibly assault, impede, intimidate and interfere with an officer and employee of the United States, to wit, Federal Bureau of Investigation Special Agent Samuel J. Moore, while that officer was engaged in, and on account of, the performance of official duties.

18 U.S.C. § 111(a)(1)
18 U.S.C. § 111(b)
18 U.S.C. § 1114

DONALD A. DAVIS
United States Attorney

_____
HAGEN WALTER FRANK
Assistant United States Attorney

A TRUE BILL

_____
GRAND JURY FOREPERSON