**FILED - GR**

May 2, 2012 10:10 AM
TRACEY CORDES  CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BY _ald_ /_____   SCANNED BY AM /5-2

**1:11-cr-287**

**Robert Holmes Bell**
**U.S. District Judge**

4-30-'12

To whom it may concern,

My name is Reed Berry and I was sentenced on 4-19-'12. I am informing the court that I am requesting to file an appeal. Thank You.

Reed Berry

Reed Berry