UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Request for Summons and
Modification of the Conditions or Term of Supervision

Name of Offender:   Reed Stanley Berry                                    Case Number: 1:11:CR:287

Name of Sentencing Judicial Officer: The Honorable Robert Holmes Bell
                                      U.S. District Judge

Name of Assigned Judicial Officer:   The Honorable Paul L. Maloney
                                      U.S. District Judge

Date of Original Sentence: April 19, 2012

Original Offense: Assault with a Dangerous Weapon Against a Federal Officer;
        18 U.S.C. § 111(a)(1) and (b)

Original Sentence: 92 months imprisonment and 3 years supervised release. Special Conditions:
(1) substance abuse testing/treatment, as directed; (2) no use of alcohol; (3) mental health treatment, as directed; (4) full-time employment; (5) 10:00 p.m. to 6:00 a.m. curfew with location monitoring; and (6) no contact with ex-felons or persons in criminal justice system without permission. Special Assessment, $100.00 (paid). Fine, $1,000.00 ($965.00 balance).

Type of Supervision: Supervised Release          Date Supervision Commenced: May 25, 2018
                                                         Expiration Date: May 24, 2021

## PETITIONING THE COURT

The offender, not having waived a hearing, the probation officer requests that a summons be issued and hearing held to modify the conditions of supervision as follows:

**Add Special Condition Number 7:**

**You must reside at a Residential Re-Entry Center (RRC) as designated by the Bureau of Prisons (BOP) for a period of ninety (90) days. While at the RRC, you must abide by all rules and regulations of the program and may receive work release at the direction of the probation officer.**

## CAUSE

Mr. Berry tested positive for marijuana on August 22, September 10, September 11 and September 26, 2018. All of the drug tests were confirmed positive by Alere Toxicology Services, Gretna, Louisiana. On October 3, 2018, this officer discussed Mr. Berry's positive drug tests, at which time he admitted to

marijuana use. Mr. Berry explained he just started new mental health medications, which had not taken affect yet. He stated using marijuana helps him deal with his extreme anxiety. Mr. Berry was given a verbal reprimand for his use of marijuana and asked to sign a Waiver of Hearing for ninety (90) days at a Residential Re-Entry Center (RRC). Mr. Berry had concerns about placement in an RRC and the possibility of not being able to maintain his employment in the Grand Rapids area. He was informed the availability at the Grand Rapids RRC fluctuates and it was not guaranteed he would be placed there if he signed the waiver. Mr. Berry advised he wanted to speak to the Court about his non-compliance.

Mr. Berry is currently attending group and individual substance abuse treatment, as well as individual mental health treatment. On September 25, 2018, Mr. Berry completed a psychological examination and was diagnosed with Post Traumatic Stress Disorder (PTSD), with symptoms of anxiety and depression. He was prescribed Vistaril and Zoloft to aid with his symptoms.

Mr. Berry is a moderate-risk offender with a Category 2 Violence Category. Alcohol/drugs is one of his dynamic risk factors. Mr. Berry has continued to use marijuana during the five months he has been on supervised release. Many graduated sanctions and treatment options were used to motivate, assist and discourage his marijuana use. This officer is respectfully recommending Mr. Berry be placed at the RRC for ninety (90) days as a sanction for his non-compliance, and in order to more closely monitor his conduct. Mr. Berry declined to sign a waiver of hearing voluntarily agreeing to placement at the RRC.

**Previous Violations**

- **July 11, 2018**: Report on Offender: Offender submitted diluted urine specimens for testing on May 30 and June 4, 2018, tested positive for marijuana June 12, 2018, and failed to attend drug testing June 19, 2018. Mr. Berry was referred for substance abuse treatment and his location monitoring was restricted for thirty days. Your Honor agreed with the recommendation for no Court action.

- **August 22, 2018**: Report on Offender: Offender tested positive for marijuana on July 2, July 11, July 16, August 6 and August 8, 2018. Mr. Berry continued attending substance abuse treatment and mental health treatment, and was referred for a psychological examination to include medication. Your Honor agreed with the recommendation for no Court action.

Requests court-appointed counsel: ☐ Yes ☒ No

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2018

|  | Approved, |  | Respectfully submitted, |
|---|---|---|---|
| by | /s/ Scott M. Lopofsky<br>Scott M. Lopofsky<br>Supervisory U.S. Probation Officer<br>Date: October 15, 2018 | by | /s/ Tonika R. Cooper<br>Tonika R. Cooper<br>U.S. Probation Officer<br>Date: October 15, 2018 |

THE COURT ORDERS:

☐ No Action
☒ The Issuance of a Summons
☐ Other

/s/ Paul L. Maloney
The Honorable Paul L. Maloney
U.S. District Judge

October 16, 2018
Date